[No. 37401-3-II. Division Two. July 21, 2009.]

ROBIN BENSKIN, *Individually and as Personal Representative*, ET AL., *Appellants*, v. THE CITY OF FIFE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-11971-2, Susan Serko, J., entered February 8, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Penoyar, J.; Quinn-Brintnall, J., concurring in the result.

[No. 37414-5-II. Division Two. July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDEL WAYNE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00369-0, John F. Nichols, J., entered February 21, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 37548-6-II. Division Two. July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS E. LUDVIGSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00163-1, F. Mark McCauley, J., entered March 24, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 37656-3-II. Division Two. July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. Z.H., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-8-00003-8, Gary R. Tabor, J. Pro Tem., entered March 25, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.